IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
UNITED STATES OF AMERICA      *
                              *
     v.                       *    CR 612-018-15
                              *
ERVIN WALKER, JR.             *
                              *
```

**ORDER**

Pending before the Court is Defendant Ervin Walker Jr.'s motion for reconsideration. (Doc. 1393.) Defendant filed the motion on February 3, 2020, twenty-five days after the Order (doc. 1392) he seeks reconsideration of was issued. To be timely, a motion for reconsideration must be filed within the time allotted for the defendant to appeal the order it seeks reconsideration of - fourteen days in this case. See United States v. Russo, 760 F.2d 1229 (11th Cir. 1985) (per curiam); United States v. Reyes, 722 F. App'x 976 (11th Cir. 2018) (per curiam). Therefore, Defendant's motion for reconsideration (doc. 1393) is untimely and must be **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of February, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA