IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | Case No.: CR 612-018-015 |
| vs. ) | |
| ) | Appeal No.: 20-10912-H |
| ERVIN WALKER, JR., ) | |
| ) | |
| Defendant-Appellant. ) | |

O R D E R

The appeal in the above-styled action having been dismissed as frivolous in the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this ___27TH___ day of August 2020.

HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA